UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ROBERT RAY KRAMER, | ) | CASE NO. 3:17 CV 2181 |
| | ) | |
| Petitioner, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | ORDER OF DISMISSAL |
| WARDEN TOM SCHWEITZER, | ) | |
| | ) | |
| Respondent. | ) | |

Robert R. Kramer filed this habeas corpus action on October 16, 2017. On the same day, he filed a Motion to Hold in Abeyance Proceedings, indicating he has a postconviction motion pending in the state court, and that he seeks to raise issues in the instant action related to that postconviction motion.

This action is dismissed without prejudice pending exhaustion of Mr. Kramer's state court remedies. Petitioner may file a Motion to Reopen in this case, with equitable tolling of the statute of limitations[1] for the period during which his postconviction and related appeals are pending, upon exhaustion of his state court remedies. *See, Hargrove v. Brigano*, 300 F.3d 717, 720 (6th Cir. 2002).

IT IS SO ORDERED.

Dated: October 23, 2017        *s/       James S. Gwin*
                               JAMES S. GWIN
                               UNITED STATES DISTRICT JUDGE

---

[1] See 28 U.S.C. § 2244(d).