UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

ROBERT RAY KRAMER, : CASE NO. 3:17-cv-02181
:
    Petitioner, : OPINION & ORDER
: [Resolving Docs. 1, 6-1, 35]
vs. :
:
WARDEN TOM SCHWEITZER, :
:
    Respondent. :
:

---

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Petitioner Robert Ray Kramer petitions for a writ of habeas corpus under 28 U.S.C § 2254.[1]

Under Local Rule 72.2(b), this case was automatically referred to a Magistrate Judge for a Report and Recommendation.[2] On March 8, 2021, Magistrate Judge Carmen E. Henderson issued a Report and Recommendation, recommending that this Court deny Kramer's habeas petition.[3] Any objections to the Report and Recommendation were due on March 22, 2021.[4] Neither party filed objections.

Because neither party filed objections, the Court may adopt the Report and Recommendation without review.[5] Still, the Court reviewed the Report and Recommendation, and agrees with Magistrate Judge Henderson's conclusions.

---

[1] Doc. 1; Doc. 6-1.
[2] Local Rule 72.2(b).
[3] Doc. 35.
[4] 28 U.S.C. § 636(b)(1); Local Rule 72.3(b).
[5] See 28 U.S.C. § 636(b)(1); Thomas v. Arn, 474 U.S. 140, 149–53 (1985); U.S. v. Walters, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 3:17-cv-02181
GWIN, J.

Accordingly, the Court **ADOPTS** Magistrate Judge Henderson's Report and Recommendation and **DENIES** Kramer's habeas corpus petition.

IT IS SO ORDERED.

Dated: March 25, 2021          *s/ James S. Gwin*
                                                JAMES S. GWIN
                                                UNITED STATES DISTRICT JUDGE